UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 23-CR-60013-MORENO

UNITED STATES OF AMERICA

v.

EUNIDE SANON,

        Defendant.

## NOTICE OF PARTIAL SATISFACTION OF FORFEITURE MONEY JUDGMENT

The United States gives notice of the partial satisfaction of the forfeiture money judgment entered against Eunide Sanon (the "Defendant") in in the above-captioned case. In support the United States submits the following.

On May 23, 2023, the Court entered a Preliminary Order of Forfeiture, ECF No. 27, ordering the entry of a forfeiture money judgment against the Defendant in the amount of $1,287,633.00.

On July 10, 2023, the Defendant made a $1,287,633.00 payment towards her forfeiture money judgment. The United States hereby provides notice that the $1,287,633.00 has been applied in full satisfaction of the Defendant's forfeiture money judgment.

        Respectfully submitted,
        MARKENZY LAPOINTE
        UNITED STATES ATTORNEY

By:   */s/ Nicole Grosnoff*
      Nicole Grosnoff
      Assistant United States Attorney
      Court ID No. A5502029
      nicole.s.grosnoff@usdoj.gov
      U.S. Attorney's Office
      99 Northeast Fourth Street, 7th Floor
      Miami, Florida 33132-2111
      Telephone: (305) 961-9294